[No. 5590-6-III.  Division Three.  January 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MARLENE RENION, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 7081, James R. Thomas, J., entered January 7, 1983. *Affirmed* by unpublished per curiam opinion.

[No. 5269-9-III.  Division Three.  January 12, 1984.]

DONALD SAVAGE, ET AL, *Appellants,* v. EMPIRE MOBILE HOMES, *Defendant,* MIDLAND INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80-2-00147-1, John J. Lally, J., entered June 10, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 5074-2-III.  Division Three.  January 12, 1984.]

ELIJO GOMEZ, *Respondent,* v. TWIN CITY FOODS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79-2-01801-4, Howard Hettinger, J., entered February 10, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.